# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 1/9/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

By agreement, arraignment set for 1/15/2008 is stricken and reset to 2/1/2008 at 10:30 AM.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|