## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 2/1/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

Arraignment held. Defendant David Donaldson enters plea of guilty to Count 4 of the Superseding Information. Defendant informed of rights. Judgment of guilty entered. Cause referred to the probation office for a presentence investigation. Sentencing is deferred at this time. Status hearing set for 4/23/2008 at 9:00.

Docketing to mail notices.

00:27

| | Courtroom Deputy Initials: | ETV |
|---|---|---|