AO 455 (Rev. 5/85) Waiver of Indictment

F I L E D

FEB 0 1 2008

JUDGE REBECCA R. PALLMEYER
UNITED STATES DISTRICT COURT

# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

DAVID DONALDSON

**WAIVER OF INDICTMENT**

**CASE NUMBER:** 07 CR 815 – 4

I, __David Donaldson__, the above named defendant, who is accused of

violating 18 U.S.C. §§ 1341, 1346

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __2-1-08__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_Defendant_

_Counsel for Defendant_

Before _____
        _Judicial Officer_