## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 4/22/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

By agreement, status hearing set for 4/22/2008 is stricken.  Sentencing set for 6/4/2008 at 10:00 AM.

Notices mailed by Judicial staff.

| Courtroom Deputy Initials: | ETV |
|---|---|