UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No.  07 CR 815 |
| v. ) | |
| ) | Judge Rebecca R. Pallmeyer |
| JOHN SCHWAB, et. al. ) | |

**ATTORNEY APPEARANCE**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney


By: *s/ Steven A. Block*
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street, 5TH Floor
Chicago, Illinois 60604
(312) 886-7647

## **CERTIFICATE OF SERVICE**

The undersigned Assistant United States Attorney hereby certifies that the following documents:

**ATTORNEY APPEARANCE**

was served on May 27, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

        *s/ Steven A. Block*
        STEVEN A. BLOCK
        Assistant United States Attorneys
        219 South Dearborn, 5TH Floor
        Chicago, Illinois  60604
        (312) 886-7647