UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 815-4 |
| v. | ) | |
| | ) | Judge Rebecca Pallmeyer |
| DAVID DONALDSON | ) | |

**NOTICE OF MOTION**

On **July 11, 2008,** at 11:00 a.m., or as soon thereafter as counsel may be heard, I will appear before Judge Pallmeyer in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **MOTION OF THE UNITED STATES FOR ENTRY OF A PRELIMIMARY ORDER OF FORFEITURE**, in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

PATRICK J. FITZGERALD
United States Attorney

By:   s/ *Steven A. Block*
STEVEN A. BLOCK
Assistant United States Attorney
219 South Dearborn Street, 5th Floor
Chicago, Illinois 60604
(312) 886-7647

**CERTIFICATE OF SERVICE**

      The undersigned Assistant United States Attorney hereby certifies that the following document:

**NOTICE OF MOTION**

was served on June 11, 2008, in accordance with FED. R. CIV. P. 5, LR5.5, and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

      s/ *Steven A. Block*
      STEVEN A. BLOCK
      Assistant United States Attorney
      219 South Dearborn Street, 5th Floor
      Chicago, Illinois 60604
      (312) 886-7647