# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 7/7/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

By agreement, sentencing set for 7/11/2008 is stricken and reset to 7/21/2008 at 11:00.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|