# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Rebecca R. Pallmeyer | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

Defendant to report to Pretrial Services once a week and comply with Pretrial Services' direction regarding mental health treatment.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|