Order Form (01/2005)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Dallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 815 - 4 | **DATE** | 7/21/2008 |
| **CASE TITLE** | USA vs. David Donaldson | | |

**DOCKET ENTRY TEXT**

Motion of the United States for entry of a preliminary order of forfeiture [103] granted. IT IS HEREBY ORDERED: That, pursuant to the provisions of 18 U.S.C. § 981(a)(1)(C), 28 U.S.C. § 2461(c), and Fed R. Crim P. 32.2, all right, title, and interest defendant David Donaldson may have in the funds in the amount of $170,000 is hereby forfeit to the United States of America for disposition according to law. The court shall retain jurisdiction in this matter to take additional action and enter further orders as necessary. Enter Preliminary Order Of Forfeiture. Execution of order is stayed for 60 days.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|

U.S. DISTRICT COURT

2008 JUL 22 PM 5:49

FILED